**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 16-6000**

---

CHRISTOPHER S. FRANCIS,

       Plaintiff - Appellant,

    v.

SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES (DPSCS),

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  George Jarrod Hazel, District Judge.
(8:15-cv-01255-GJH)

---

Submitted:  March 29, 2016         Decided:  April 1, 2016

---

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christopher Scott Francis, Appellant Pro Se.  Dorianne Avery
Meloy, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher S. Francis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Francis v. Sec'y, Dep't of Pub. Safety & Corr. Servs., No. 8:15-cv-01255-GJH (D. Md. Nov. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED